# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2146

_____

Jimmy Jay Michalek,                           *
                                              *
                Appellant,                    *
                                              *   Appeal from the United States
        v.                                    *   District Court for the District
                                              *   of South Dakota.
Daryl Miner, Sheriff of Tripp County,         *
South Dakota; Donald Manger, Sheriff          *           [UNPUBLISHED]
of Lyman County, South Dakota,                *
                                              *
                Appellees.                    *

_____

Submitted:  July 30, 2003
    Filed:  August 5, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

South Dakota inmate Jimmy Jay Michalek appeals from the district court's[*] preservice dismissal without prejudice of Michalek's civil complaint. Having reviewed the record de novo, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude the district court properly dismissed the complaint. We also note the district court's without-prejudice dismissal permits Michalek to refile

_____

[*]The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the District of South Dakota.

his suit against the individual jailers involved in allegedly ignoring his medical needs after he exhausts any available administrative remedies.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.